

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2018

No. 04-18-00362-CV

Rudy **MENDEZ**,
Appellant

v.

**BEXAR COUNTY**, City of San Antonio, San Antonio Independent School District, City of San Antonio Code Compliance,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014TA102976
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by July 30, 2018. After neither the brief nor a motion for extension of time was filed, this court ordered that Appellant show cause in writing by August 23, 2018 why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). On August 27, 2018, Appellant filed a "Motion for extinction of time for the above case number 2014 TA 102976." In the interest of justice, we construed Appellant's motion as a motion for extension of time to file Appellant's brief and ordered that Appellant file his brief by September 14, 2018. Neither the brief nor a motion for extension of time has been filed.

Therefore, we ORDER Appellant to file **on or before October 2, 2018** his brief and a written response reasonably explaining (1) his failure to timely file the brief, and (2) why Appellees are not significantly injured by Appellant's failure to timely file a brief. If Appellant fails to file a brief and the written response by October 2, 2018, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2018.



KEITH E. HOTTLE,
Clerk of Court